IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERALD KANE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-638 (JLH) |
| | ) |
| NEW CASTLE COUNTY POLICE DEPT., *et al.*, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington, this 10th day of September 2025, having considered the April 11, 2025 Report and Recommendation by United States Magistrate Judge Christopher J. Burke (D.I. 7) and Plaintiff's subsequently filed Amended Complaint (D.I. 8);

IT IS HEREBY ORDERED that Magistrate Judge Burke's Report and Recommendation (D.I. 7) is **ADOPTED in full**;

IT IS FURTHER ORDERED that the Complaint (D.I. 2) is **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim;

IT IS FURTHER ORDERED that the Amended Complaint (D.I. 8) is also **DISMISSED**, as it makes no attempt to remedy the deficiencies discussed in the Report and Recommendation; and

IT IS FINALLY ORDERED that this case is **CLOSED**.

_____
The Honorable Jennifer L. Hall
United States District Judge